IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE A. CHRISTIAN, et al. : | CIVIL ACTION |
| v. : | |
| : | No. 10-789 |
| FULTON FINANCIAL : | |
| CORPORATION, et al. : | |

## **ORDER**

AND NOW, this 24th day of August, 2010, it is ORDERED the Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer Venue of Fulton Financial Corporation, Wells Fargo, N.A., U.S. Bank National Association, Mortgage Electronic Registration Systems, Inc. 1 (One) and 2 (Two), and Samuel I. White, P.C. (collectively, Defendants) (Doc. 7) is GRANTED.

The Clerk of Court is DIRECTED to TRANSFER the above-captioned case to the Eastern District of Virginia for all future proceedings.

The Clerk of Court is directed to mark the case CLOSED for statistical purposes.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.